**Order entered October 7, 2022**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00378-CV

## IN THE INTEREST OF I.A.F., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-12222**

### ORDER
Before Justices Molberg, Partida-Kipness, and Carlyle

On the Court's own motion, we **WITHDRAW** our October 3, 2022 opinion in this case and **VACATE** our judgment of that same date. A new opinion and judgment will issue in due course.

/s/     CORY L. CARLYLE
        JUSTICE